**Abatement Order filed April 19, 2016**



**In The**

# Fourteenth Court of Appeals
————————

**NO. 14-16-00047-CV**
————————

**In the Interest of L.G.R., a Child**

---

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2014-05173J**

---

## ABATEMENT ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. On April 5, 2016, this court ordered appointed counsel, Julie Ketterman, to file a brief on or before April 15, 2016. No brief was filed. Accordingly, we issue the following order.

We ORDER the judge of the 313th District Court to immediately conduct a hearing to determine (1) the reason for the failure to file a brief; (2) whether appellant desires to continue this appeal; and (3) if appellant desires to continue the appeal, a date certain when appellant's brief will be filed. The judge shall appoint new appellate counsel for appellant if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record

containing the findings and conclusions. The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court on or before May 9, 2016.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.


PER CURIAM


Panel consists of Justices Boyce, Christopher and Jamison.